| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| MIDCAP BUSINESS CREDIT, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MIDCAP FINANCIAL TRUST, MIDCAP FINANCIAL SERVICES, LLC, MIDCAP FINANCIAL SERVICES CAPITAL MANAGEMENT, LLC, MIDCAP FINCO DESIGNATED ACTIVITY COMPANY, AND APOLLO CAPITAL MANAGEMENT, L.P.,<br><br>        Defendants. | Case No: 1:21-cv-07922-AKH |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of Jared I. Kagan, executed on December 3, 2021, and the exhibits thereto, and upon all prior pleadings and proceedings herein, the undersigned, attorneys for Defendants MidCap Financial Trust, MidCap Financial Services, LLC, MidCap Financial Services Capital Management, LLC, MidCap FinCo Designated Activity Company, and Apollo Capital Management, L.P. hereby move this Court for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Complaint, and for such other and further relief as the Court may deem just and proper.

Dated: December 3, 2021
   New York, New York

Respectfully submitted,

**DEBEVOISE & PLIMPTON LLP**

By: <u>/s/ James J. Pastore</u>
    James J. Pastore
    Jared I. Kagan

919 Third Avenue
New York, NY 10022
(212) 909-6000
jjpastore@debevoise.com
jikagan@debevoise.com

*Attorneys for Defendants MidCap Financial Trust, MidCap Financial Services, LLC, MidCap Financial Services Capital Management, LLC, MidCap FinCo Designated Activity Company, and Apollo Capital Management, L.P.*

TO:

Lisa Pearson, Esq.
Bryan Wolin, Esq.
KILPATRICK TOWNSEND &
STOCKTON LLP
1114 Avenue of the Americas, 21st Floor
New York, New York 10036

*Attorneys for Plaintiff*