**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MIDCAP BUSINESS CREDIT, LLC,

                          Plaintiff,

                -against-                                            21 **CIVIL** 7922 (AKH)

                                                              <u>**JUDGMENT**</u>

MIDCAP FINANCIAL TRUST, MIDCAP
FINANCIAL SERVICES, LLC, MIDCAP
FINANCIAL SERVICES CAPITAL MANAGEMENT,
LLC, MIDCAP FINCO DESIGNATED ACTIVITY
COMPANY, and APOLLO CAPITAL
MANAGEMENT, L.P.,

                          Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order and Opinion dated March 8, 2022, Defendants' motion is granted in

full; accordingly, the case is closed.

**Dated:** New York, New York

        March 8, 2022


                                                        **RUBY J. KRAJICK**
                                              _____
                                                        **Clerk of Court**
                                        **BY:**      K. Mango
                                              _____
                                                        **Deputy Clerk**