**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MIDCAP BUSINESS CREDIT, LLC,

                    Plaintiff,                    21 **CIVIL** 7922 (AKH)

      -against-                         **JUDGMENT**

MIDCAP FINANCIAL TRUST, MIDCAP
FINANCIAL SERVICES, LLC, MIDCAP
FINANCIAL SERVICES CAPITAL
MANAGEMENT, LLC, MIDCAP FINCO
DESIGNATED ACTIVITY COMPANY, and
APOLLO CAPITAL MANAGEMENT, L.P.,
                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated February 2, 2023, Defendants' motion is granted. Judgment is entered for Defendants dismissing the case against them, with costs; accordingly, the case is closed.

**Dated:** New York, New York
         February 2, 2023

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**
                       **BY:**        *K. Mango*
                                              **Deputy Clerk**