**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MIDCAP BUSINESS CREDIT, LLC,

                Plaintiff,

-against-                          21 **CIVIL** 7922 (AKH)

                                      **JUDGMENT**

MIDCAP FINANCIAL TRUST, MIDCAP
FINANCIAL SERVICES, LLC, MIDCAP
FINANCIAL SERVICES CAPITAL
MANAGEMENT, LLC, MIDCAP FINCO
DESIGNATED ACTIVITY COMPANY, and
APOLLO CAPITAL MANAGEMENT, L.P.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order and Opinion dated February 13, 2023, Defendants' motion is granted and the case is dismissed against them, with costs.

**Dated:**  New York, New York

       February 13, 2023

                                                              **RUBY J. KRAJICK**

                                                               _____
                                                                  **Clerk of Court**

                           **BY:**        *K. Mango*

                                                                  _____
                                                                  **Deputy Clerk**