

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

The conference is adjourned to August 4, 2023 at 10:00 a.m.

July 20, 2023

SO ORDERED.

BY ECF

/s/ Alvin Hellerstein
July 24, 2023

Judge Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MidCap Business Credit, LLC v. MidCap Financial Trust, et al.,**
**Case No. 21-cv-07922**

Dear Judge Hellerstein:

We represent the Defendants in the above-captioned case.  We write to respectfully request a short adjournment of the case management conference scheduled to take place by phone on July 28, 2023 at 10:00am, which was set by order dated July 13, 2023 (Dkt. #70).

Counsel for Defendants seek the adjournment due to previously scheduled conflicts that day, including a trial and deposition.  Plaintiff is available at the time of the scheduled July 28 conference, and has consented to Defendant's request as a professional courtesy.  The parties have conferred and, to the extent it is convenient for the Court, all parties are available at any time by phone on August 4, 2023.

This is the second request for adjournment of the case management conference.  The case management conference was previously adjourned from June 16, 2023 until August 8, 2023 (Dkt. # 57).  No deadlines in this case other than those triggered by the date of the case management conference will be impacted by the requested adjournment.

Respectfully submitted,

/s/

Shannon Rose Selden

cc:      All Counsel of Record (by ECF only)