# Debevoise
# &Plimpton

September 23, 2024

BY ECF

Judge Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MidCap Business Credit, LLC v. MidCap Financial Trust, et al.,**
**Case No. 21-cv-07922**

Dear Judge Hellerstein:

The parties in the above captioned matter write jointly to update the Court on the status of mediation. The parties have engaged Marc Isserles with JAMS for an in-person mediation scheduled to take place on November 7, 2024.

In lieu of the status conference scheduled for September 27, 2024, *see* ECF 140, the parties propose that they submit a joint status report to the Court within 14 days following the mediation. If the Court wishes to meet with the parties prior to the mediation, the parties are available to appear after October 1, 2024.[1]

The parties thank the Court for its consideration.

*[Handwritten annotation: The conf. scheduled for Sep. 27, 2024 is adjourned to Dec. 6, 2024, 10:00 am. 9.24.24 /s/ AKH]*

                                    Respectfully submitted,

/s/ Lisa Pearson                    /s/ James Pastore

Lisa Pearson                        Shannon R. Selden
R. Charles Henn Jr.                 James Pastore
Bryan Wolin                         Jared I. Kagan
KILPATRICK TOWNSEND &               Ardis Strong
STOCKTON LLP                        DEBEVOISE & PLIMPTON LLP

---

[1] As discussed during the September 6, 2024 conference, lead counsel for plaintiff is traveling out of the country from September 22 through October 1, 2024.

Judge Alvin K. Hellerstein          2          September 23, 2024

3 Times Square, 28th Floor
New York, New York 10036
Telephone: (212) 775-8700
lpearson@kilpatricktownsend.com
chenn@kilpatricktownsend.com
bwolin@kilpatricktownsend.com

*Attorneys for Plaintiff/Counterclaim-Defendants*

66 Hudson Boulevard
New York, NY 10001
srselden@debevoise.com
jjpastore@debevoise.com
jikagan@debevoise.com
astrong@debevoise.com
(212) 909-6000

*Attorneys for Defendants/Counterclaim-Plaintiffs*